# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2603
Lower Tribunal No. 2021-CF-002658

_____

DASMOND T. BRANNON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Sharon M. Franklin, Judge.

July 2, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.140(b)(2)(A)(ii)a. ("A defendant who pleads guilty or nolo contendere may otherwise directly appeal only . . . the lower tribunal's lack of subject matter jurisdiction."); *JJJTB, Inc. v. Schmidt*, 415 So. 3d 129, 132–33 (Fla. 2025) ("Unlike subject matter jurisdiction, a trial court's case jurisdiction may fluctuate depending on the case's procedural posture. For example, when a court enters a final order in an action, it loses its case jurisdiction but maintains its subject matter jurisdiction over the action. In such cases, the parties

must timely notify the trial court that it lacks case jurisdiction or the objection is waived." (citations omitted)).

SMITH, BROWNLEE and PRATT, JJ., concur.


Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED
